**SECOND DIVISION**
**BARNES, P. J.,**
**MCFADDEN and MCMILLIAN, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**December 9, 2013**

# In the Court of Appeals of Georgia

A12A1129. VON THOMAS v. THE STATE.

MCFADDEN, Judge.

In *Von Thomas v. State*, 293 Ga. 569 (748 SE2d 4460 (2013), the Supreme Court of Georgia vacated our decision in *Thomas v. State*, 317 Ga. App. 696 (732 SE2d 780) (2012). The Supreme Court remanded the case to this court with direction that we vacate the decision of the sentencing court and remand to the sentencing court for dismissal of the appellant's motion to vacate his sentence. *Von Thomas*, supra at 575 (3). Accordingly, for the reasons explained by the Supreme Court in *Von Thomas*, the decision of the sentencing court is hereby vacated and the case is remanded to the sentencing court with direction that it dismiss the motion to vacate the sentence.

*Judgment vacated and case remanded with direction. Barnes, P. J., and McMillian, J., concur.*